# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## Western DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Robert Earl Alexander
Plaintiff

v.

Case Number:
22-cv-178-jdp

(to be supplied by Clerk of Court)

(Full name of defendant(s))

CO Molly Bender, CO Curtis L. Visser, CO Collin D. Visser, CO Ronda K. Smith, CO Isaiah N. Sippel, SO Lyle Rickert, CO Michael V. Ruppert, CO John CO John Raiman, Sgt. Lyle A. Rickert, Sgt. Michael D. Rosher, Sgt. Mathew Sgt. Mathew Larson, Sgt. Marshall Watson, Warden Jason D. Benzel, Capt Forke, Capt Mary Mariano, Capt. David Schneider, Capt. Arndt Davis, Lt. Jeremy J. Beck, Security Director Brien J. Greff, Lt. Coulibaly H. Batan, Lt. Gabriel Umentum, Sgt. Radke, Sgt. Staven J. Mueller Sgt. Michael P. McNeill, Lt. Alicia Miller, Lt. Gordon And ADA Coordinator Kelly Salinas, Librarians Tammy A. DeVries And Michael R. Bernstein

## A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_, and is located at
   (State)

   Dodge Correctional Institution, 1 West Lincoln, Waupun, WI 53963-0701
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper)

2. Defendant _Please See The Various Listed Names Above! Thank You!_
                                                                    (Name)
   is (if a person or private corporation) a citizen of _____

Complaint – 1

Robert Earl Alexander DOC#070371

In The United States District Court
Of The Western District Of Wisconsin

Defendants Names Listed Below: Attach Sheet
Of Complaint-Pg 1. List Of Medical Staff Name Given Below

Dr Sara M. English, Clinician Nurse 4: Anthony J. Gunderson, HSM DCI-Inf Dorrie; Hansen: Health Health Service Manager; Michelle R. Burton former DCE Inf Infirmary HSM; Capt Walker, Capt Joseph Falke. Nurse Amanda Johnson



and (if a person) resides at **Addresses Of Each Listed Defendants Above Are UNKNOWN To Plaintiff!** (State, if known) (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Department Of Corrections. 3099 East Washington Ave Madison WI** (Employer's name and address, if known) **Wisconsin 53707-7925**

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. The Names Plaintiff List Above And On Several Attach Sheet Of Defendants Of DCI Dodge Correctional Institution. Both "Medical Staff And Security," As Well As Of Staff From Other DCI Department. Such As Psycho Psychological Service (PSU-Unit), Social Services, Records Office, Including The Law Library! As Well As "The DCI Warden Himself! Mr Jason D. Benzel Including DCI Security Director. Mr. Brief Greff As Well As DCI (ADA)Americans With Disabilities Act And Litigation Coordi

-Nator Ms. Kelly Salinas, Corrections Program Supervisor

2. What Each Defendant Did? Well In Short Each Defendant Plaintiff List Above will "Shock The Conscience; Outrageous; So Outrageous And Humiliating; Antiethical And Beneath Human Dignity!!! Calculated Harassment! Unprofessional, Inappropriate Behavior By Staff"! Which Demostrate Utterly Shameful Behavior. That Range From Physical Abuse And Psycological Verbal Abuse. Resulting In Significant Physical And Emotional Mental Distress/Anguish! Psychological Pain!

Which Violates The 8th Eight Amendment Of The U.S. Constitution. Which Constitute "Cruel And Unusual Punishment" Standards! Evolving Standards That Mark The Standards Of Decency That Marks The Progress Of A Maturing Society... To The Point Of That Amounts To "The Unnecessary And Wanton Inf-lict Of Pain A "Subjective Component" The State

Plaintiff IS Deaf-Mute And Cannot walk And Need Help Assistance from Medical Staff TO Trans-fer from Bed TO And from Toilet TO Defecate And TO And from Recreation And Dayroom Activities. And Needs A "Pusher" TO Push Plaintiff Anywhere Throughout DCI Prison.

This Court IS Aware Of Plaintiff Hearing And Speech Disabilities. from Case NO 17 CV 861 Alexander J Tapio! Dr English Has Stop All Medical And Security Staff From Using White Board TO Communicate with Plaintiff.

And All Stop Stopping Staff Or Inmate Workers from Pushing PTDC TO And from Dayroom Activities. # Dr English Has Ordered All Staff TO Halt & Stop Assisting PTDC TO Shower And toileting TO Defecate. Now Plaintiff Has TO Defecate IN His Bed And Staff Some Staff Refuse TO Remove Soil Urine/Defecated Bedding/Linens. And



At Times Left Feces/Urines In Cell. Leaving Plaintiff To Smell The foul Odor Of Plaintiffs Own Body Waste Causing Plaintiff To Become Nauseously Ill.

Dr English Refusing To Provide PIOC with Communication Notes That Are Medically Petain To PIOC/Plaintiff. These Notes Involve Questions And Responses By Dr English. And use Of Name Callings. Such As Calling Plaintiff A Bitch/And Asshole. That All West Siders From Chicago Are Pussies And Assholes. Other Inmate + Staff Witnessed And Heard Dr English And Officer/CO Molly Bender Call Plaintiff Pussy And Asshole Because Molly Bender Was Present At The Time. And Officer Bender Also Call Plaintiff Pussy And Asshole.

Also Clinician 4. Anthony J. Gunderson And Infirmary Manager Hansen, Dorrie

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C § 1331.

OR

[X] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ Thousands OF Dollars

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. Damages A. Compensatory Damages. B. Nominal Damages. C. Punitive Damages (TRO) Temporary Restraining Order. Preliminary And Permanent Injunctions. To "Halt/Enjoin Compel/Stop DCI Defendants from Their Persistent Daily Ongoing Disrespectful Inappropriate "Disparaging Discrimatory" Unprofessional Behavior At Once! Promptly At least Until This Lawsuit Is Settled And Under The Federal And State Court And Laws Of Wisconsin. Or Whatever This Court Deems Fit Thank You!

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 24th day of March 20 22.

Respectfully Submitted,

*Robert Earl Alexander*
Signature of Plaintiff

70371
Plaintiff's Prisoner ID Number

Dodge Correctional Institution (DCI)
1 West Lincoln Street, Waupun, Wisconsin
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5