IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

    Plaintiff,

v.

DR. SARA ENGLISH,

    Defendant.

ORDER

22-cv-178-jdp
App. No. 24-2314

Plaintiff Robert Earl Alexander has filed a notice of appeal. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Robert Earl Alexander may have until October 9, 2024 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 17th day of September, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.